# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2017

155455

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

BO STEPHEN PARSONS,
        Defendant-Appellant.

_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 155455
COA: 336012
Berrien CC: 2015-005298-FH

      On order of the Court, the application for leave to appeal the January 18, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2017



Clerk

a1218